# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

UNITED STATES OF AMERICA

v.                                              CRIMINAL ACTION NO. 5:25-cr-00110

EMMANUEL COVINGTON

## ORDER

On November 20, 2025, all counsel and the Defendant appeared for a guilty plea hearing. The single-count indictment charges the Defendant with distribution of 5 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1). [ECF 1]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on November 20, 2025. [ECF 48]. Objections in this case were due on December 7, 2025. [*Id*.]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**ECF 48**] and **DEFERS** acceptance of the plea agreement pending the opportunity to review the Defendant's Presentence Investigation Report. The Defendant is **ADJUDGED** guilty and convicted of violating the statute charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:  December 19, 2025



Frank W. Volk
Chief United States District Judge